UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MICHAEL J. JONES JR.,

                 Plaintiff,

     -against-

BETH ISRAEL HOSPITAL,

                Defendant.

-----------------------------------------------------------x

**NOTICE OF APPEARANCE**

Case No. 1:17-cv-03445-GHW

TO: CLERK OF COURT AND ALL PARTIES

    I certify that I am admitted to practice in this Court and enter my appearance as counsel in this case for BETH ISRAEL MEDICAL CENTER s/h/a BETH ISRAEL HOSPITAL.

Dated: New York, New York
        October 3, 2017

                                  Yours, etc.,

                                  ROBERT L. ISABELLA /s/
                                  BY: Robert L. Isabella (RI0512)
                                  AARONSON RAPPAPORT FEINSTEIN &
                                  DEUTSCH, LLP
                                  Attorneys for Defendant
                                  BETH ISRAEL MEDICAL CENTER
                                  s/h/a BETH ISRAEL HOSPITAL
                                  Office & P.O. Address
                                  600 Third Avenue
                                  New York, New York 10016
                                  Tel. No.: (212) 593-7156
                                  rlisabella@arfd.com

{02050079.DOCX }