UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/17
```

-------------------------------------------------------------- X
                   :

MICHAEL J. JONES, JR.,         :
                   :

             Plaintiff,   :        1:17-cv-3445-GHW
                   :

        -v -          :         <u>ORDER</u>
                   :

BETH ISRAEL HOSPITAL,     :
                   :

           Defendant.  :
                   :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On December 18, 2017, the Court issued an order explaining that it had not received Plaintiff's opposition to Defendant's motion to dismiss and directing Plaintiff to file either an amended complaint or an opposition no later than December 29, 2017.  Dkt. No. 22.  After issuing that order, the Court received a letter from Plaintiff requesting an extension of time to respond to Defendant's motion to dismiss.  Dkt. No. 23.  The Court finds that good cause exists to grant Plaintiff a further extension of time to respond to Defendant's motion.  Accordingly, Plaintiff is directed to file either an amended complaint or an opposition no later than January 10, 2018.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated:  December 19, 2017            _____
New York, New York                GREGORY H. WOODS
                          United States District Judge