# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

ATTORNEYS AT LAW

600 THIRD AVENUE, NEW YORK, N.Y. 10016
212 593-6700
FAX: 212 593-6970

LONG ISLAND OFFICE
390 OLD COUNTRY ROAD
1ST FLOOR
GARDEN CITY, NEW YORK 11530
TELEPHONE: 516-281-9600
FAX: 516-280-3964

January 25, 2018

ROBERT L. ISABELLA
(212) 593-7156
RLISABELLA@ARFD.COM

**Via ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: MICHAEL J. JONES, JR. V. BETH ISRAEL HOSPITAL
Case No. 1:17-03445-GHW
Our File No.: 18.684

Dear Judge Woods:

This firm represents Defendant Beth Israel Medical Center s/h/a Beth Israel Hospital (hereinafter referred to as "Defendant") in the above-referenced matter.

Pursuant to Your Honor's Order dated January 11, 2018 (ECF Doc. No. 30), we write to respectfully provide the Court with Plaintiff Michael J. Jones, Jr.'s (hereinafter "Plaintiff") updated address. A search of the New York City Department of Correction's online Inmate Lookup Service database, available at http://a073-ils-web.nyc.gov/inmatelookup/pages/common/find.jsf, indicates that Plaintiff is currently located at the George R. Vierno Center (GRVC), 09-09 Hazen Street, East Elmhurst, New York 11370.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

Robert L. Isabella
RLI:rli

Cc: Michael J. Jones, Jr. (via certified mail)
    *Plaintiff pro se*

{02102469.DOCX }