```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
  MICHAEL J. JONES, JR.,                                          :
                                                                  :
                                  Plaintiff,                      :    1:17-cv-3445-GHW
                                                                  :
                  -v -                                            :    ORDER
                                                                  :
  BETH ISRAEL HOSPITAL,                                           :
                                                                  :
                                  Defendant.                      :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2018

GREGORY H. WOODS, District Judge:

On April 12, 2018, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's motion to dismiss the complaint. Dkt. No. 35. A copy of that opinion and order was mailed to Plaintiff on the same day. Pursuant to the Court's opinion and order, Plaintiff was granted thirty days to replead his Section 1981 and New York State Human Rights Law ("NYSHRL") claims. *See id.* at 25. The Court has not received an amended complaint from Plaintiff. Accordingly, the Court understands that Plaintiff does not wish to replead those claims. The original complaint remains the operative complaint, subject to the dismissal of certain claims as described in the Court's April 12, 2018 opinion. The Court expects that Defendant will timely answer the complaint.

The Court will hold a status conference by telephone on **May 29, 2018 at 2:30 p.m.** The purpose of that conference is to discuss the next steps in this case and to set a discovery schedule.

IT IS ORDERED that the Warden or other official in charge of the Anna M. Kross Center ("AMKC") produce Michael J. Jones, Jr., inmate #349-17-02439, on May 29, 2018, no later than 2:15 p.m., to a suitable location within the AMKC that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and

date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: May 17, 2018  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge