# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
### ATTORNEYS AT LAW
600 THIRD AVENUE, NEW YORK, N.Y. 10016
212 593-6700
FAX: 212 593-6970

LONG ISLAND OFFICE
390 OLD COUNTRY ROAD
1ST FLOOR
GARDEN CITY, NEW YORK 11530
TELEPHONE: 516-281-9600
FAX: 516-280-3964

May 18, 2018

ROBERT L. ISABELLA
(212) 593-7156
RLISABELLA@ARFD.COM

**Via ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   MICHAEL J. JONES, JR. v. BETH ISRAEL HOSPITAL
      Case No. 1:17-03445-GHW
      Our File No.: 18.684

Dear Judge Woods:

This firm represents Defendant Beth Israel Medical Center s/h/a Beth Israel Hospital (hereinafter referred to as "Defendant") in the above-referenced matter. We write to advise the Court that Plaintiff Michael J. Jones, Jr. (hereinafter referred to as "Plaintiff") has been moved to a new correctional facility.

While we were in the process of complying with Your Honor's Order dated May 17, 2018, we discovered that Plaintiff Michael J. Jones, Jr. was released by the New York City Department of Correction to state prison. Mr. Jones is currently incarcerated at the New York State Department of Corrections and Community Supervision's Downstate Correctional Facility, where Mr. Jones bears the Department Identification Number (DIN) 18A1781.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

Robert L. Isabella
RLI:rli

Cc: Michael J. Jones, Jr. (via certified mail)
    *Plaintiff pro se*

{02165821.DOCX }