**AARONSON RAPPAPORT FEINSTEIN &**
ATTORNEYS AT LAW
600 THIRD AVENUE, NEW YORK, N.Y. 10016
212 593-6700
FAX: 212 593-6970

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/18
```

LONG ISLAND OFFICE
390 OLD COUNTRY ROAD
1ST FLOOR
GARDEN CITY, NEW YORK 11530
TELEPHONE: 516-281-9600
FAX: 516-280-3964

May 24, 2018

ROBERT L. ISABELLA
(212) 593-7156
RLISABELLA@ARFD.COM

**Via ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMORANDUM ENDORSED

Re:    MICHAEL J. JONES, JR. v. BETH ISRAEL HOSPITAL
       Case No. 1:17-03445-GHW
       Our File No.: 18.684

Dear Judge Woods:

This firm represents Defendant Beth Israel Medical Center s/h/a Beth Israel Hospital (hereinafter referred to as "Defendant") in the above-referenced matter. We write to advise the Court that Plaintiff Michael J. Jones, Jr. (hereinafter referred to as "Plaintiff") has been moved from Downstate Correctional Facility to Clinton Correctional Facility.

While we were in the process of making the arrangements with the New York State Department of Corrections and Community Supervision for the telephone conference with Plaintiff and the Court scheduled for May 29, 2018, we discovered that Plaintiff had been moved to a new correctional facility. Plaintiff is currently incarcerated at the New York State Department of Corrections and Community Supervision's Clinton Correctional Facility, where Plaintiff continues to bear the Department Identification Number (DIN) 18A1781. Arrangements have successfully been made to have Plaintiff available for the May 29, 2018 telephone conference, pursuant to Your Honor's Amended Order dated May 20, 2018 (ECF Doc. No. 38).

Thank you for your attention and consideration in this matter.

Respectfully submitted,

*Robert L. Isabella*
Robert L. Isabella
RLI:rli

Cc: Michael J. Jones, Jr. (via certified mail)
    *Plaintiff pro se*

{02169881.DOCX }

The Court appreciates the update from Defendant. The Clerk of Court is directed to update Plaintiff's address as follows: Michael J. Jones, Jr., DIN No. 18A1781, Clinton Correctional Facility, P.O. Box 2001, Dannemora, New York 12929. The Clerk of Court is further directed to mail a copy of the Court's May 21, 2018 Amended Order (Dkt. No. 38), as well as a copy of this order, to Plaintiff at the Clinton Correctional Facility by certified mail.

SO ORDERED.

Dated: May 24, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge