Subpoena list in the case
Michael J Jones Jr

v.                                    1:17-cv-3445-GHW

Beth Israel Hospital

USDC SDNY  1 of 2
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/18

---

I, Michael Jones would like to subpoena these following witness to testify the treatment a mental health patient should recieve once statements are made of self harm and harming otheres, Also the treatment that was provided to me in their care. I Also would like to call two Judges to testify on my behalf of a mental illness and the treat they provided me once it was known. I would Also like to call Two family members who can also testify on my behalf. The list is as follows:

Johanne Benjamin, MD = work place Harlem Hospital
506 Lenox Ave
Ny Ny 10037

Omar Bashayan, MD = work place Harlem Hospital
506 Lenox Ave
Ny Ny 10037

Jean Loretta Mulcare, MD = work place Bellevue Hospital
462 First Ave
NY NY 10016

Thsyiamba Katende, CW = work place Bellevue Hospital
462 First Ave
NY NY 10016

Adria Adams, PHD = work place Bellevue Hospital
462 First Ave
NY NY 10016

Marissa Nadeau, MD = work place Beth Israel Hospital

Jessica Fleischer-Black, MD = work place Beth Israel Hospital

Honorable Judge Towns = work place
225 Cadman Plaza East
Brooklyn NY 11201

Honorable Judge Farber = work place
111 Centre Street
NY NY 10013

Attorney at law Curtis Farber = work place N/A

Michelle Jones, sister = Home   417 Baltic Ave Apt# 11D
Brooklyn NY 11201

Jewel Isis Lane = Home   555 West 159th Street Apt# 1A
NY NY 10039

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Michael Jones

DIN: 18 A 1781

RECEIVED
JUN 14 2018
GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.

Legal Mail

Legal Mail

TO: Honorable Gregory H. Woods
U.S. Court House – 500 Pearl Street
New York NY 10007

NEOPOST
06/11/2018
US POSTAGE $000.47⁰
ZIP 12929
041M11272306