UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL J. JONES, JR.,

                    Plaintiff,

- against -

BETH ISRAEL HOSPITAL,

                    Defendant.
-----------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Case No.: 1:17-cv-03445-GHW

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for plaintiff and defendant, **BETH ISRAEL MEDICAL CENTER s/h/a BETH ISRAEL HOSPITAL,** that the above-entitled action is hereby discontinued with prejudice against **BETH ISRAEL MEDICAL CENTER s/h/a BETH ISRAEL HOSPITAL,** including any and all cross-claims, without costs to any party as against the other and that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        October 25, 2018

_____
BY: AMY JANE AGNEW, ESQ.
LAW OFFICE OF AMY JANE
AGNEW, P.C.
Attorneys for Plaintiff
24 Fifth Avenue, Suite 1701
New York, New York 10011
(973) 600-1724

_____
BY: PETER J. FAZIO, ESQ.
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH, LLP
Attorneys for Defendant
Office & P.O. Address
600 Third Avenue
New York, New York 10016
(212) 593-6700

{02236994.DOCX }